## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Conrad Sales Group, LLC.<br><br>                    PLAINTIFF,<br><br>V.<br><br>United States<br><br>                    DEFENDANT. | Court Number: 20-03807<br><br>**CUSTOMS CASE MANAGEMENT CALENDAR** |

## ORDER OF DISMISSAL

This action, previously placed in the above entitled calendar and not removed therefrom at the expiration of the applicable period of time of removal, is hereby dismissed for lack of prosecution pursuant to Rule 83(c).

|  |  |
|---|---|
|  | Mario Toscano<br>Clerk of the Court |
| Date: 11/1/2022 | By:  /s/ Stephen Swindell<br>        Deputy Clerk |